# EXHIBIT 2




United States Department of the Interior

BUREAU OF LAND MANAGEMENT
Anchorage Field Office
4700 BLM Road
Anchorage, Alaska 99507-2591
http://www.blm.gov/ak

**Triumvirate LLC Commercial Heli-skiing Special Recreation Permit**
Environmental Assessment, DOI-BLM-AK-A010-2013-0008-EA

Case File: AA-093273

**DECISION RECORD**

**Background**

Triumvirate LLC (Triumvirate, dba Tordrillo Mountain Lodge) has applied to the Bureau of Land Management (BLM) Anchorage Field Office for a Special Recreation Permit (SRP) to operate commercial heli-skiing activities in the Neacola and Tordrillo mountains of southcentral Alaska (EA, p. 2).

Triumvirate's requested operating area is located approximately 120 miles west of Anchorage. The operating area includes the Neacola Mountains Area of Critical Environmental Concern (ACEC), referred to as the "south block," and the Tordrillo Mountains, referred to as the "north block." The proposed action does not include any State or Native land selections (EA, p. 2).

The Neacola Mountains ACEC is scenic, with changes in elevation from 1,000 feet to nearly 8,000 feet. Rugged mountains, hanging valleys, and ice and snow fields dominate the landscape, interspersed with razor-sharp ridgelines. At the core of the Neacola Mountains ACEC are Blockade Glacier and Lake. Seasonally, Blockade Lake melts enough to reveal "apartment sized" blocks of ice floating in the water. This ACEC contains scenic and geologic features associated with the natural landscape of mountain peaks, glaciers and spires. It is these scenic qualities for which the ACEC was designated in 2008 (EA, p. 2; BLM 2008).

**Decision**

It is my decision to implement *Alternative 2: Proposed Action,* as described in the attached EA (EA, pp. 7-8).

Specifically, it is my decision to authorize a one-year Special Recreation Permit (SRP) to Triumvirate LLC for commercial heli-skiing and commercial filming activities on BLM-managed lands in both the "north" and "south" blocks within the Neacola and Tordrillo mountains.

1. The initial permit will be issued for the period February 20-April 30, 2014.
2. The permit may be used to accommodate up to 130 landings during the permit term. The client to guide ratio must not exceed 5:1 at any given time.

3. Neither fuel caching nor equipment storage is authorized on BLM-managed lands.
4. All project *Design Features and/or Permit Stipulations* listed in EA, Section 2.3 apply to this authorization.
5. Pending satisfactory post-use reporting and permit compliance, the BLM may reissue (renew) the permit for a term not to exceed 10 years.

This decision is based on site-specific analysis in the *Triumvirate LLC Commercial Heli-skiing Special Recreation Permit Environmental Assessment* (DOI-BLM-AK-A010-2013-0008-EA) and the management decisions contained in the Ring of Fire Approved Resource Management Plan and Record of Decision (BLM 2008).

The attached Finding of No Significant Impact (FONSI) indicates that the selected alternative has been analyzed in an EA and has been found to have no significant environmental effects (BLM 2014a). Therefore, an Environmental Impact Statement is not required and will not be prepared.

**Rationale for the Decision**

Alternative 2, the Proposed Action Alternative, was selected because it best fulfills the Ring of Fire RMP/ROD direction. The proposed activity is not currently occurring within the Neacola Mountains ACEC and recreational use on non-ACEC BLM-managed lands is "extremely low," (EA, p.10). Although commercial interest in this area has increased since 2011, "…[the] recreation potential for the Neacola Mountains is largely unmet," (EA, p. 10 and 11, respectively). Authorizing the requested SRP will provide a unique recreational experience in a remote and primitive setting, consistent with the RMP/ROD goals for the Neacola Mountains ACEC (EA, p. 4) without compromising other resource values, specifically, visual resources or wilderness characteristics (EA., pp. 10-12).

Although Alternative 1, the No Action Alternative, would have no effect on resources in the project area, it does not support the RMP/ROD recreational goals and objectives for the planning area at large or the Neacola Mountains ACEC, specifically.

**Laws, Authorities, and Land Use Plan Conformance**

The EA and supporting documentation have been prepared consistent with the requirements of various statutes and regulations (EA, p. 5).

The Ring of Fire Resource Management Plan and Record of Decision (ROF RMP/ROD), approved March 2008, provides the overall long-term management direction for lands encompassed by the proposed project (EA, p. 3). The selected action is consistent with the RMP/ROD. Specifically, the selected action is consistent with the recreation management goals for the planning area as well as the Visual Resource Management class objectives for lands both in- and outside of the ACEC (EA, pp. 3-5).

Lake Clark National Park and Preserve is adjacent to BLM-managed lands in the Neacola Mountains (EA, p. 3). The BLM has considered the following National Park Service management plan in evaluating and approving the proposed action (EA, p. 5):

> *General Management Plan/Develop Concept Plan, Lake Clark National Park and Preserve* (December 1982)

**Public Involvement, Consultation, and Coordination**

The *Triumvirate LLC Commercial Heli-skiing Special Recreation Permit Environmental Assessment* (DOI-BLM-AK-A010-2013-0008-EA) was made available for public review and comment via the BLM's national ePlanning website (https://www.blm.gov/epl-front-office/eplanning/nepa/nepa_register.do). The comment period was open for 15 days, February 3-18, 2014, prior to my decision. No public comments were received.

**Appeal Opportunities**

This decision may be appealed to the Interior Board of Land Appeals, Office of the Secretary, in accordance with the regulations contained in 43 CFR § 4. To appeal you must file a notice of appeal at the BLM Anchorage Field Office, 4700 BLM Road, Anchorage, Alaska 99507, within 30 days from receipt of this decision. The appeal must be in writing and delivered in person, via the United States Postal Service mail system, or other common carrier, to the Anchorage Field Office as noted above. *The BLM does not accept appeals by facsimile, email, or other electronic means*. The appellant has the burden of showing that the decision appealed from is in error.

If you wish to file a petition pursuant to regulation 43 CFR § 4.21 (58 FR 4939, January 19, 1993) for a stay of the effectiveness of this decision during the time that your appeal is being reviewed by the Board, the petition for a stay must accompany your notice of appeal. Except as otherwise provided by law or other pertinent regulation, a petition for a stay of decision pending appeal shall show sufficient justification based on the following standards: (a) The relative harm to the parties if the stay is granted or denied, (b) The likelihood of the appellant's success on the merits, (c) The likelihood of immediate and irreparable harm if the stay is not granted, and (d) Whether the public interest favors granting the stay.

Copies of the notice of appeal and petition for a stay must also be submitted to each party named in this decision and to the Interior Board of Land Appeals and to the Office of the Solicitor (see 43 CFR § 4.413); Office of the Regional Solicitor, Alaska Region, U.S. Department of the Interior, 4230 University Drive, Suite 300, Anchorage, Alaska 99508; at the same time the original documents are filed with this office. If you request a stay, you have the burden of proof to demonstrate that a stay should be granted.

*/s/ Alan Bittner*                                                02/20/2014

Alan Bittner
Anchorage Field Manager

**Attachments**

1. *Triumvirate LLC Commercial Heli-skiing Special Recreation Permit Environmental Assessment* (DOI-BLM-AK-A010-2013-0008-EA), February 3, 2014 (Public Release)
2. Finding of No Significant Impact (FONSI), *Triumvirate LLC Commercial Heli-skiing Special Recreation Permit Environmental Assessment* (DOI-BLM-AK-A010-2013-0008-EA), signed February, 20, 2014

**References**

BLM. 2014. Finding of No Significant Impact (FONSI), *Triumvirate LLC Commercial Heli-skiing Special Recreation Permit Environmental Assessment* (DOI-BLM-AK-A010-2013-0008-EA), signed February, 20, 2014.

BLM. 2008. Ring of Fire Approved Resource Management Plan and Record of Decision. March 2008.

National Park Service. 1982. General Management Plan/Develop Concept Plan, Lake Clark National Park and Preserve. December 1982.