# EXHIBIT 10




# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
Anchorage Field Office
4700 BLM Road
Anchorage, Alaska 99507-2591
www.blm.gov/alaska

In Reply Refer To:
2930 (AKA012)
AA-095233

FEB 2 7 2018

**CERTIFIED MAIL 7014 0510 0001 9932 4769
RETURN RECEIPT REQUESTED**

Ezekiel J. Williams, Managing Director
Lewis Bess Williams & Weese P.C.
1801 California Street, Suite 3400
Denver, Colorado 80202

Dear Mr. Williams:

We thank you for your letter dated February 16, 2018 in regards to the Alaska Snowboard
Guides, Special Recreation Permit.

The Alaska Snowboard Guides Decision Record was signed on January 29, 2018 and the
associated permit is in effect at this time. BLM has issued a one-year exploratory special
recreation permit that authorizes their activity for the period of February 1 through June 30,
2018. This permit, as with all permits, is subject to annual review to protect public resources,
health, safety, or the environment.

As you know, the FAA has sole jurisdiction over all airborne pilot and aviation operations. BLM
did take into account safety issues on the ground and conducted internal consultations with our
pilot law enforcement ranger and the Unit Aviation Manager. BLM also discussed via email and
phone with representatives of both active permits in the Neacola area, Silverton Mountain
Guides and Triumvirate, LLC, from July thru December 2017 about the possibility of processing
this permit for a third operator.

Please feel free to contact me at 907-267-1285 or by email at bmillion@blm.gov, any time to
discuss your concerns.

Sincerely,

Bonnie Million
Field Manager