# EXHIBIT 11

# Meghan Campbell

| | |
|---|---|
| **From:** | Zeke Williams |
| **Sent:** | Wednesday, February 28, 2018 9:56 AM |
| **To:** | John Bernetich; Carlos Romo; Meghan Campbell |
| **Subject:** | FW: film crew permitting? |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

save

**From:** Michael Overcast [mailto:mikeovercast@me.com]
**Sent:** Wednesday, February 28, 2018 9:52 AM
**To:** Zeke Williams
**Subject:** Fwd: film crew permitting?

>
> Begin forwarded message:
>
> **From:** "Kowalczyk, Jeffrey" <jkowalcz@blm.gov>
> **Subject: Re: film crew permitting?**
> **Date:** February 24, 2015 at 8:42:37 AM AKST
> **To:** mike overcast <mikeovercast@me.com>
> **Cc:** Jenny Anderson <j05ander@blm.gov>
>
> Mike:
>
> I see where you're coming from and I agree.
>
> Jenny:
>
> If you haven't done so already, can you please include me as a contributor for the NEPA you're doing for TGR this year. We want to insure that all permitted air operators within the Neacola Mountains area are fully engaged and communicating with one another for the purpose of safety, etc.
>
> Thanks.
>
>
> **Jeff Kowalczyk**
> Outdoor Recreation Planner
> Anchorage Field Office
> 4700 BLM Road
> Anchorage, AK 99507
> (907) 267-1459
> FAX (907) 267-1267
> Web Page: http://www.blm.gov/ak/st/en/prog/recreation.html



On Tue, Feb 24, 2015 at 6:25 AM, mike overcast <mikeovercast@me.com> wrote:

Jeff,

I have had no communication with TGR. I was told by you we would be involved in the permitting of any further operations film or otherwise. I don't agree with film crews setting up in the manner they do and this does not require review with current permit holders or an EA as we had to commit too.

The impacts are so much higher to have camping and fueling etc. I would like to discuss this with you.

Mike
Mike Overcast
907-360-1899

On Feb 23, 2015, at 3:16 PM, Kowalczyk, Jeffrey <jkowalcz@blm.gov> wrote:

> Hi Mike:
>
> I apologize for the delay in responding to your email, I just returned to the office after being away for 3 weeks.
>
> I see that your 2015 BLM permit was mailed to you on Feb. 10 and it did include commercial filming.
>
> Please let me know if I can assist with anything else.
>
> By the way, are you and TGR communicating at all with using the same general area in the Neacola Mountains (e.g. radio contact via helicopter)? I understand that our Lands department is currently working on TGRs 2015 commercial filming permit for the near future.
>
> **Jeff Kowalczyk**
> Outdoor Recreation Planner
> Anchorage Field Office
> 4700 BLM Road
> Anchorage, AK 99507
> (907) 267-1459
> FAX (907) 267-1267
> Web Page: http://www.blm.gov/ak/st/en/prog/recreation.html
>
> <DOI Logo.png>
>
> On Mon, Feb 2, 2015 at 2:18 PM, mike overcast <mikeovercast@me.com> wrote:
>> Hello Jeff,
>> We have sent you our insurance information and data sheet for 2015. Please confirm that you have received

Case 3:18-cv-00091-HRH   Document 1-11   Filed 03/05/18   Page 3 of 4
2

I also would like to know if you have permitted film crews within our use area for spring 2015? I have heard rumors of this... We have a film project in the area and would not want any conflicts.

Best,
mike