# EXHIBIT 13

Case 3:18-cv-00091-HRH   Document 1-13   Filed 03/05/18   Page 1 of 2

Record of Telephone Conversation 12/15/2017

On Friday afternoon, 12/15/2017, I talked with Mike Overcast representing Triumvirate LLC on the telephone from my office on the subject of a pending SRP application submitted by Alaska Snowboard Guides to operate heliski operations on BLM lands in the Neacola Mountains ACEC.

Overcast was very vocal in expressing his great concern over the potential permitting of an additional operator in the Neacolas citing aircraft and passenger safety, and degradation of the quality of his client's experience.

From a safety point of view, Overcast accused BLM of "stacking helicopter companies up" and that three helicopter operations in the Neacolas was a "huge deal to us". Overcast expressed that only 10% of the terrain in the Neacola Mountains was "useable" and that BLM was "making a mistake authorizing an additional permit". Overcast repeatedly stated that the BLM lands in the Neacola Mountains were too small and concentrated for three permittees to safely operate.

Overcast also disputed the existing EA, stating that the current EA, "which I paid for", was inadequate and that an EIS level of NEPA was necessary to permit three operators in the Neacolas. Overcast further stated that a ROS should be prepared for the Neacolas. He stated that he was talking with his "NEPA Attorneys" and that he planned to file an appeal and request a stay if a new SRP heliski permit is issued by BLM in the Neacola Mountains.

Overcast stated that he could get "industry backing from US Heli" on his claims of increased safety issues if three helicopter operations were permitted and was also talking with "Lisa" and seeking "Congressional level support" for his complaints.

Overcast expressed concerns that an additional heliski operator would "degrade the experience for his guests by leaving tracks in the snow" and that his clients expected clean un-tracked slopes.

Overcast stated that he had not been consulted about a new pending SRP application in the Neacolas. He stated that he was "just getting things going" in his business and that he had 13 competitors statewide.

In the course of the conversation I reminded Overcast that BLM had assumed one-half of the cost recovery burden for the preparation of the original EA based upon Overcast's specific complaints that he didn't want to fund his competitors. I further reminded him that the basis for BLM sharing the cost recovery was the realization from both entities that additional heliski operators were likely to seek SRPs for future entry into the Neacola Mountains.

I concluded the call with an offer to Overcast from the Field Manager Bonnie Million to give her a call to discuss his concerns. To my knowledge he did not follow up on this offer.

*Douglas Ballou*