IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TRIUMVIRATE, LLC,<br>d/b/a TORDRILLO MOUNTAIN LODGE, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1: 18-cv-00511 |
| RYAN ZINKE, in his capacity as Secretary of the Interior, U.S. DEPARTMENT OF THE INTERIOR, U.S. BUREAU OF LAND MANAGEMENT, an agency of the U.S. Department of the Interior, and BRIAN STEED, Deputy Director, U.S. Bureau of Land Management, exercising authority of the Director, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia, I, the undersigned counsel of record for Triumvirate, LLC, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Triumvirate, LLC that have any outstanding securities in the hands of the public.

**None**

Respectfully submitted this 5th day of March, 2018,

LEWIS BESS WILLIAMS AND WEESE, P.C.

s/ Ezekiel J. Williams
Ezekiel J. Williams (Bar No. CO0056)
Carlos R. Romo (Bar No. TX0140)
John H. Bernetich (Bar No. 1018769)
1801 California St., Suite 3400
Denver, CO 80202
(303) 861-2828
zwilliams@lewisbess.com
cromo@lewisbess.com
jbernetich@lewisbess.com

*Attorneys for Triumvirate, LLC*