# SPECIAL RECREATION PERMIT GUIDING & OUTFITTING OPERATING PLAN

The operating plan must accurately identify the use and activities, the use area, and the use seasons of the operations proposed on public land. Make sure the information is complete and that all proposed services, facilities, and dates of use are described. Failure to respond to any of the items, or inaccurate disclosures may result in delays in processing or rejection of the application. This outline is provided for convenience only; other formats are acceptable. Additional pages may be attached as necessary.

## I. Company Information

A. Company Name: Alaska Snowboard Guides LLC

B. Address: Po Box 5416 Incline Village Nv 89450

C. Type of Company: __ Sole proprietorship __ Partnership
●Corporation __ Government Agency

*(Attach copies of Articles of Incorporation, any other business license issued by the State of Alaska.*

D. Date Company Established: 11/30/2011

E. Number of Years with Current Owner(s): 6

F. Name of Owner(s)/Partners: David R Geis Jr

G. Telephone Number: 907.835.7669  Emergency Telephone Number: 775.225.7584

Fax Number: _____  E-Mail Address: dave@alaskasnowboardguides.com

Web Site: www.alaskasnowboardguides.com

H. Name of individual(s) authorized to conduct business with BLM concerning this permit:

David R Geis Jr, Trevor Gavura

## II. Purpose and Need for the Permit

A. Describe and demonstrate the need for the service or activity to be offered:

The US has experienced a massive increase in the numbers of all types of backcountry skiers

and snowboarders over the last 10 year. Currently there are not enough providers of guided

backcountry skiing/snowboarding to meet the demands of US citizens. Please see attached graph.

B. Describe how the activity enhances the opportunity for visitors to enjoy public lands and their recreational experience:

We will offer multi day trips to the Neacola BLM lands, an otherwise extremely

Page 1 of 6

Case 3:18-cv-00091-HRH   Document 13-11   Filed 03/12/18   Page 1 of 7

difficult area for Americans to access. Having a quality operator with set trips makes it easy for

people to enjoy their public lands. The quality of the recreation experience will unmatched.

C. Describe how the service or activity helps meet BLM management objectives:

We could provide; game observations, enforcement support, remote observations,

rescue services, and a base for emergency operations.

D. Describe how the proposed use area is suitable for and not in excess of the size needed to accomplish the purpose:

Mountain terrain and snowpack often has massive variations from one valley to the next,

while one valley can provide safe skiing the next one may be dangerous. It is important

to have access to as much of the terrain as posssible to provide the safest experience posssible.

## III. Conduct of Your Service or Activity

2. Number of Staff and Staff to Customer Ratio: __4__        __·1  .4__

3. Trip length and/or dates of activity: __7 days__

4. Activities to be engaged in, including the equipment, vehicles or livestock to be used, and services offered:

Helicopter and Plane assisted Backcountry skiing, snowboarding and touring.

5. Methods and means of transportation, including the numbers and types of vehicles, including street legal vehicles, ATV's, boats, aircraft, and livestock:

Helicopters Airbus A-Star, Ski Plane - DeHavilland Beaver

6. Describe any vending, rentals, or sales of consumer products or services:

None

B. Operations Area

   1. Provide a map at a scale of 1:100,000 of the public land operations area. Additional, more detailed maps may be required.

   2. Include on the map all staging areas, camping locations, attraction sites, and routes of travel.

C. Environmental Protection and Conservation of Natural Resources

   1. How will your operations comply with the environmental protection stipulations of the permit?

   We are happy to comply with any environmental protection stipulations

   found in the permit.

   2. How will your operations incorporate *Leave No Trace* and/or *Tread Lightly* principles?

   Our operations are highly planned and we travel almost exclusively on snow covered surfaces.

   All solid waste, including human is packed out. We leave only tracks in the snow, do not have

   campfires and respect and report all wildlife. Finally we provide an additional safety net to others.

D. Health, Safety and Sanitation

   1. Describe the first aid (including universal precautions) and evacuation equipment that will be present during your operations:

   AED, Trauma Kits, O2 Kit, BackBoard, Full Body Vacuum Mattress, Long Limb Vacuum Splints,

   Pelvic Binder, High Angle Rescue Kit, Crevasse Rescue Kit, Night Drop Kit, SKED Sled.

   2. What emergency communications will be available?

   We will have the following systems in place; Aircraft aviation radios and base station, ELT beacons,

   Real time flight tracking for helicopters, DeLorme/Garmin In-Reach satellite communication units

   for each guide/group, FAA licensed radio frequencies with repeater and hand held units. Wifi at base.

   3. What is your emergency evacuation plan?

   Please see our operations Manual.

4. What environmental hazards exist - exposure, flash flood, avalanche, weather, fauna, terrain, etc.? How will you manage these hazards?

Weather - On staff forecasting coupled with multiple professional forecast models. Full time observation of satellite loops by dispatch while operating.

Avalanche - Professional forecasting from snow safety director and guides recorded daily on InfoEx

Exposure - Proper preparation and monitoring of guests during the days activities

5. What hazards are inherent to the activity? How will they be managed?

Weather - Company policy is to be conservative in all decisions as they relate to weather and operations.

Avalanches - Select terrain, aspects and snow that mitigates the risk of avalanches

Weather - Preparation, Observation, Communication and Action

6. What safety equipment is used and how is it inspected and maintained?

Avalanche Beacon, Shovel, Probe, Climbing Harness, Motorola Radios, VHF Radios, Bivoac Sack

All equipment is inspected weekly before it is issued to the guests. The Beacons and Radios are

tested daily before use. Equipment is replaced when damaged and when suggested by manufacturer.

7. What are your provisions for toilet facilities, dealing with human waste, and washing? How will you contain and remove trash and garbage?

We use Wag Bags for solid human waste when needed, these are then flown out. Garbage

will be bagged and flown out as well.

8. Demonstrate how you will comply with other Federal, state and local laws pertaining to your activity.

We are compliant with; AKOSHA, The State Of Alaska's Laws and those of the Federal Government.

We have had Reviews from AKOSHA, AK DNR and Hold a Permit for the same use in the Chugach.

9. If firearms are involved, what are the provisions for safe storage, transportation and use?

N/A

E. Staff Experience and Training

   1. What level of first aid training would you require? _____Wilderness First Responder_____

   2. What level of training or experience for the specific activity would you require?

   Level 3 US Avalanche or Level 2 Canadian Avalanche Certificate

   Wilderness First Responder, Emergency Medical Technician or Equivalent.

   Minimum of 5 seasons of Heli Ski Guiding

   3. What is the level of knowledge of the natural resources and environment of the operations area?

   We maintain a professional level of understanding regarding glaciated and mountain ecosystems.

   4. If your activity involves visitation to cultural sites, pre-historic and /or historic sites, demonstrate a basic knowledge of the laws and regulations dealing with protection and preservation of antiquities, objects of historical interest, and graves. Demonstrate a factual knowledge of the sites to be visited.

   _____N/A_____

   5. Have any of your company owners or employees been convicted of a Federal, state or local violation regarding guiding, outfitting, resources protection, or the activity proposed for this permit? If so, provide details.

   _____NO_____

6. Has your company or its owner(s)/operator(s) ever been denied a permit, had a permit revoked, or surrendered a bond related to a permit for operations on BLM or US Forest Service administered lands? If so, provide details.

NO

F. Customer Information

1. Attach a copy of the customer contract including any risk acknowledgment and/or waivers.

2. Attach a price list.

G. Other required permits

1. List any permits required by other Federal, state or local agencies to conduct your activity:

NONE

2. List any permissions or contracts required to use private lands you do not own or control:

Exclusive use of Ron Eagley's private property adjacent to the BLM

Lands of the Neacola mountian range. This is ourbase of operations and

location of our lodging ect.

3. List any permits, current or expired, you have held to conduct activities on BLM or U.S. Forest Service administered lands:

BLM Heli Skiing Permit - AA093376

## IV. CERTIFICATION

I certify that the information given by me in this proposed Operating Plan is true, accurate, and complete to the best of my knowledge. I acknowledge that I am required to comply with the requirements and stipulations on Form 2930-1 and any additional stipulations which the Authorized Officer may deem necessary. I further understand that providing false information or failure to keep this Operating Plan or other permit requirements up-to-date are grounds for probation, suspension, or revocation of the permit.

Signature _____     Date _____

Printed Name _____

I would like to add some important points that might be overlooked in the permit process.

Our base of operations is owned by Ron Eagley and we will have Exclusive use of his land which means TGR will not be returning to the area as TGR was operating from his property and he is not willing to have them return to do their movie production. He will be happy to meet with you to confirm these details at any time. He is also available for comment as needed.

Silverton mountain guides is so far away that they can only bring one group of skiers into the Neacola for a few runs before they have to return home for fuel. Neither Silverton nor TML are regularly using the terrain which means they are going into the unknown each time as they are unable to keep accurate snowpack data and will thus likely have inaccurate avalanche/stability forecasts. If requested we will be happy to share our forecasts with TML and or Silverton. The Neacola is only truly viable and with a fully operational base nearby, this proximity to the terrain help mitigate the risks associated with our business. The complicated logistics and additional exposure that the other operators take by heli-skiing so far from their base of operations makes it difficult for them to safely and efficiently use the Neacola terrain.

There is an additional safety net created by our operation as we add support to this remote location in the form of the only full-time base of operations anywhere in the area. Located on private land directly adjacent to the BLM land in the Neacola's we are by far and away the closets to this terrain. The Tordrillos Mountain Lodge is over 40 miles from our base in the Neacola. This is very far away and considered extremely "deep" operations in the heli ski business. The Silverton mountain guides are even further away and would have to fly from Palmer as the FAA requires them to fly over land as it is illegal for them to fly directly over the Cook inlet without Floats on the helicopter and Life Vests for all people onboard. It should be noted that floats are not compatible with heli-skiing as they are not designed for landing on snow. If Silverton flew into the Neacola range legally they would only have the fuel for a limited number of runs and very little buffer in the event of an emergency.

Our base has lodging, a maintained winter airstrip, Jet - A fuel, Wi-Fi, Phone, Aviation base radio, the possibility of emergency shelter for a remote operator that might find them selves unable to return home due to weather, helicopter mechanical issues, lack of fuel, or other emergency. Additionally we will be available to provide; emergency assistance in the event of avalanche or ski accident of any kind, first responders in the event of a helicopter accident, first responder to a mechanical issue with helicopter that leaves one of the distant operators stranded in the Neacola. Additionally we will contribute to the BLM understanding of winter game habitat and reporting. Our permit in the Neacola would be a responsible use of BLM lands consistent with the mission statement of the BLM.

Thank You,

Dave Geis - Owner Alaska Snowboard Guides LLC