IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

TRIUMVERATE, LLC,  )
                           Plaintiff,  )
vs.  )
RYAN ZINKE, et al.,  )
                          Defendants.  )  No. 3:18-cv-0091-HRH

O R D E R

Case Status

By order of the United States District Court for the District of Columbia, the above-captioned case has been transferred to the United States District Court for the District of Alaska.[1]

There are three motions pending in this case. All three are ripe for disposition.

Plaintiff's motion to amend/correct the declaration of Overcast[2] is unopposed and is granted. Plaintiff may serve and file the corrected declaration of Michael Overcast.

Plaintiff's motion for preliminary injunction and defendants' motion to dismiss[3] have been fully briefed. These motions are taken under advisement and will be taken up as soon as possible.

---

[1] Docket No. 26.

[2] Docket No. 18.

[3] Docket Nos. 3 and 15, respectively.

Order – Case Status                                                                                     - 1 -

In briefing the motion for preliminary injunction and motion to dismiss, both parties have combined in a single document their respective positions regarding both the motion for preliminary injunction and the motion to dismiss. What the parties have done may not violate the letter of the court's "separate documents"[4] rule, but what the parties have done violates the spirit of that rule and is deemed unhelpful by the court. In the future, the parties will please file separately their respective motions, oppositions, and reply briefs.

DATED at Anchorage, Alaska, this  6th  day of April, 2018.

/s/ H. Russel Holland
United States District Judge

---

[4] See D.Ak.L.R. 7.1(*l*).