LEWIS BESS WILLIAMS AND WEESE, P.C.
Ezekiel J. Williams
Carlos R. Romo
John H. Bernetich
1801 California St., Suite 3400
Denver, CO 80202
p: (303) 861-2828
f: (303) 861-4017
zwilliams@lewisbess.com
cromo@lewisbess.com
jbernetich@lewisbess.com

*Attorneys for Triumvirate, LLC*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| TRIUMVIRATE, LLC, d/b/a TORDRILLO MOUNTAIN LODGE, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 3:18-cv-00091-HRH |
| RYAN ZINKE, in his capacity as Secretary of the Interior, U.S. DEPARTMENT OF THE INTERIOR, U.S. BUREAU OF LAND MANAGEMENT, an agency of the United States Department of the Interior, and BRIAN STEED, Deputy Director, United States Bureau of Land Management, exercising authority of the Director, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## CORRECTED DECLARATION OF MICHAEL OVERCAST

I, Michael Overcast, declare as follows:

1. I have personal knowledge of the matters set forth in this Declaration and I am competent to testify as to the matters set forth herein.

2. I am an owner and the General Manager of Triumvirate, LLC a limited liability company organized under the laws of Alaska ("Triumvirate"). Triumvirate owns and operates the Tordrillo Mountain Lodge, a lodge and helicopter skiing operation in a remote area of south central Alaska, approximately 100 miles west of Anchorage (the "Lodge"). Information about the Lodge and its helicopter skiing operation is available at https://www.tordrillomountainlodge.com/.

3. Triumvirate and the Lodge have a 10-year special recreation permit issued by the United States Bureau of Land Management ("BLM") to conduct commercial helicopter skiing operations on lands managed by the BLM in the Tordrillo and Neacola Mountains. The permit runs through 2024.

4. I have over 20 years of full-time professional experience in Alaska as a helicopter skiing pioneer and guide, snow blaster, avalanche consultant, and wilderness outfitter and guide. In addition to my ownership in the Tordrillo Mountain Lodge, I was a founding partner of another helicopter ski operation in Alaska: Chugach Powder Guides. I have guided helicopter skiing operations in Alaska in the Valdez, Girdwood, Seward, Hatcher Pass, and Chugach areas, and in the Tordrillo and Neacola Mountains. I am certified as a Wilderness First Responder, Basic Life Support, and a Level 3 Mechanized Heli Ski Guide, and am a professional member of the U.S. Heli Skiing Association and the American Avalanche Association.

5. Triumvirate conducts helicopter skiing under its BLM permit during the February 1st to July 10th operating season by flying guests from the Lodge approximately 40 miles west to

2

a staging area, and then flying helicopters in the Tordrillo and Neacola Mountains to deposit skiers on mountain peaks, ridges, and other land forms, in the company of one or more guides. The skiers descend the route chosen by the guide to a designated landing zone to meet the helicopter. At the end of the day, Triumvirate flies the guests back to the Lodge.

6. Helicopter skiing in general, and helicopter skiing in the Tordrillo and Neacola Mountains in particular, presents unique risks and challenges. Terrain that Triumvirate accesses in the Tordrillo and Neacola Mountains is wild, unmanaged, and uncontrolled, and in no way resembles a developed ski area. The topography is rugged, with jagged peaks, steep snowfields, cornices, glaciers, and ice fields. Only limited terrain is suitable for helicopter skiing because crevasses, cliffs, rock bands, and other natural features render most areas off-limits to skiing. Suitable landing zones for helicopters to drop off and collect skiers are also limited by terrain, weather, and snow conditions. In particular, there is a very small amount of runs that are usable during higher hazard avalanche conditions.

7. Helicopter skiing in the Tordrillo and Neacola Mountains involves difficult-to-manage risks. Safety is the paramount objective for the Lodge during helicopter skiing operations.

8. Avalanches are a primary risk. The possibility that a slope in the Tordrillo and Neacola Mountains could avalanche and bury and kill skiers is a risk that the helicopter ski guides at the Lodge work diligently to avoid. Every morning during the operating season, helicopter ski guides at the Lodge meet to discuss and evaluate snow conditions and avalanche risks based on weather, snowfall patterns, length of time since the last snowfall, snowpack stability, climate, wind, atmospheric trends, and other factors. The guides, who have extensive training and decades of backcountry skiing and avalanche experience, identify potentially

3

suitable slopes to ski based on that daily evaluation. The evaluation continues on-site, where the guides evaluate the site-specific snowpack conditions by digging snow pits, observing specific conditions, and exercising professional judgment.

9. When an avalanche occurs, a massive amount of snow sweeps down a slope, carrying a victim with it and subjecting the victim to trauma from impacts with trees, rocks, and ice. When an avalanche completely buries a victim, the victim is typically entirely unable to move his or her body, and is unable to discern the direction of the ground or the sky. It is not uncommon for a victim caught in an avalanche to be buried under seven feet or more of snow.

10. Avalanches kill approximately 42 people and injury hundreds more each year in North America. Studies have shown that if not rescued within 35 minutes, the chances that a victim completely buried by an avalanche will survive are less than 30 percent.

11. Helicopter ski guides within our company are able to avoid an obvious and material risk which is skiing on terrain that could avalanche onto people downslope. It is not prudent to drop off skiers on a slope if there are other skiers downslope, even if they may not be visible, given the risk that snow may avalanche onto and kill skiers downslope. The Lodge avoids that risk by managing groups carefully, and is able to do so because of tight internal communications among Lodge guides and pilots.

12. Even after skiers have been dropped off, helicopter ski guides frequently make the decision, based on the evaluations described above, that the risks of skiing certain slopes are too great. In that case, the guides will direct skiers to an alternative slope.

13. A common way to reduce the avalanche risk of skiing a particular slope is to wait one or more days after a snowfall or high winds to ski the slope, to permit the snowpack time to

4

settle and consolidate, thereby lessening the chance of an avalanche. There is significant risk in being pressured to access terrain when it is not considered relatively stable.

14. Flying a helicopter in alpine terrain is another risk of helicopter skiing in the Tordrillo and Neacola Mountains. Helicopter skiing requires the pilot to fly in close proximity to peaks, ridges, slopes, and landforms. It is not like flying a fixed-wing aircraft, where the pilot avoids landforms and mostly looks ahead, rather than down. A helicopter skiing pilot, in contrast, flies close to peaks and ridges, and frequently looks down rather than ahead to monitor proximity to terrain, skiers, scout landing zones, assess snow and avalanche conditions, and to safely land and take off.

15. It is critical that a helicopter skiing pilot know at all times where other helicopters are in order to avoid them. It is extremely hazardous for a helicopter skiing pilot to fly around a peak or ridge and encounter another helicopter in an unexpected location. The risk of a catastrophic accident with loss of life if adequate procedures are not followed is real. The Lodge manages that risk in its operations by continuously monitoring the locations of its helicopters and ensuring that adequate geographic buffers exist between them.

16. The amount of terrain that is suitable and available to the Lodge within its operating area in the Neacola and Tordrillo Mountains on any particular day is far less than may appear by looking at a map. Often, 10% or less of the total geographic area is suitable and available to the Lodge for helicopter skiing on a given day as a result of terrain, avalanche risks, weather, snow conditions, and the need for adequate buffers between multiple Lodge helicopters. Helicopter ski guides at the Lodge frequently eliminate all slopes with a certain aspect (north-facing, etc.), based on avalanche forecast and snow conditions.

17. In addition to Alaska, I am familiar with helicopter skiing in the western United States and in British Columbia and Alberta, Canada. Within Alaska and the western United States, two federal land management agencies have issued permits to commercial helicopter ski operators: the United States Forest Service and the BLM. The United States Forest Service does not issue permits to more than one operator for the same terrain. The Forest Service segregates helicopter ski operators by terrain. In British Columbia and Alberta, Canada, the government ministries of natural resources do not issue permits to more than one operator for the same terrain. Those government agencies do not "stack" helicopter ski operators by permitting them to ski in the same terrain. In both cases this was a conscious decision of the regulatory agencies based on the hazards of having two operators on the same terrain. This decision is backed up in supporting environmental review documents that the agencies prepared.

18. To my knowledge, the BLM is the only federal government entity in North America that does not segregate permitted helicopter skiing operations by terrain. The BLM has issued multiple helicopter skiing permits for the same terrain in the Haines area of Alaska. There have been multiple accidents and three deaths in connection with helicopter skiing operations in the Haines area. The BLM also authorizes multiple operators on the same terrain in the Valdez, Alaska area, which has led to extremely aggressive behavior on the part of some operators and increased safety hazards.

19. Permitting multiple helicopter ski operators to use the same terrain materially increases the risks of helicopter skiing. It creates safety hazards that do not exist if the terrain is limited to one helicopter ski operator. As explained above, the amount of terrain that is suitable and available to the Lodge on a given day is restricted by topography, avalanche risks, and prudent operating standards. If multiple operators are stacked on the same terrain, they compete

6

*Triumvirate, LLC v. Zinke*, No. 3:18-cv-00091-HRH
Case 3:18-cv-00091-HRH   Document 36   Filed 04/09/18   Page 6 of 18

for the limited terrain that is suitable and available that day. That creates an incentive for one operator to access it before the other operator to provide the guests with untracked snow. That incentive works against efforts to minimize avalanche risk. It is difficult to build in geographic buffers among multiple operators if all may access the same limited terrain. Stacking operators in the same terrain creates the risk that one group may inadvertently ski onto terrain above a group from another operator, potentially causing an avalanche. There have been several close calls in the Valdez area due to this. Permitting multiple operators in the same area increases the risk of a catastrophic mid-air accident between helicopters from different operators.

20. It is not possible to submit a flight plan that predicts in advance where helicopters will fly and guests will ski. Best safety practices require that Triumvirate helicopter pilots and heli-ski guides constantly evaluate the weather, wind, snow conditions, and avalanche risks during the ski day, and select and reject slopes and areas based on that dynamic evaluation. It is not possible to predict, in advance, the outcome of that daily evaluation process and where, as a result, the helicopters and skiers will go. Stacking additional operators on top of the terrain makes the iterative risk management and safety evaluation process far more difficult, and creates more risks for the operators.

21. In 2012 on behalf of Triumvirate and the Lodge, I approached the Alaska Office of the BLM and inquired about obtaining a long-term commercial permit to conduct helicopter skiing operations on lands managed by the BLM in the Tordrillo and Neacola Mountains. At the time, no commercial operator held a BLM permit for commercial helicopter skiing operations in the Tordrillo and Neacola Mountains. BLM had issued two short-term permits to two separate companies to film skiers a few days a year, but those permits were limited in duration and scope.

7

22. Representatives of the BLM informed me that for the agency to consider issuing a special recreation permit to Triumvirate for commercial helicopter skiing, the BLM was required to give public notice, request public input, and prepare an environmental assessment ("EA") under the National Environmental Policy Act ("NEPA"). The BLM explained that the purpose of the EA was to determine what the direct, indirect, and cumulative effects to the human environment could be from commercial helicopter skiing by Triumvirate. If the BLM concluded based upon the EA that the effects were not significant, then it could issue a permit to Triumvirate. If the BLM concluded that the effects may be significant, however, the BLM would have to prepare a full environmental impact statement.

23. Triumvirate submitted an application to the BLM for a special recreation permit to conduct commercial helicopter skiing in the Tordrillo and Neacola Mountains. Triumvirate paid approximately $5,700 to the BLM for it to prepare the EA to consider the effects of issuing a permit to Triumvirate.

24. The BLM prepared the EA in 2013, gave public notice, and requested public comments. The EA addressed the environmental effects of helicopter skiing by Triumvirate in the Tordrillo and Neacola Mountains. The EA did not address the effects of multiple commercial helicopter ski operators operating in the Tordrillo and Neacola Mountains because Triumvirate was the only permit applicant, and no other commercial applicant was proposed.

25. The BLM issued a Decision Record approving the issuance of a special recreation permit for commercial helicopter skiing to Triumvirate on February 20, 2014. The initial permit was for one year. Subsequently, the BLM notified Triumvirate that its special recreation permit was extended for ten years, through 2024.

26. Triumvirate has operated pursuant to the ten-year BLM special recreation permit every year since 2014. In reliance on the permit and in reliance on the BLM authorization to conduct commercial helicopter skiing operations in the Tordrillo and Neacola Mountains, Triumvirate made substantial capital investments in the Lodge, its helicopter skiing operations, in equipment, and in professional staff. Triumvirate invested, financed, or spent millions of dollars for Lodge facilities, infrastructure, buildings, and other structures after 2013, and millions of dollars investing in helicopters, aircraft, radio repeaters, and the other necessary infrastructure to support commercial helicopter skiing operations under the special recreation permit. Triumvirate has invested considerable sums and significant time in recruiting and retaining pilots, heli-ski guides, avalanche professionals, mechanics, maintenance crews, Lodge staff, and other staff necessary to provide high quality helicopter skiing operations at the remote Lodge location.

27. On February 2, 2015, I emailed Jeff Kowalczyk, the Outdoor Recreation Planner for the BLM in Anchorage, Alaska and asked him if the BLM was going to permit helicopter skiing film crews in the area permitted to Triumvirate because I wanted to avoid any conflicts and take necessary measures to minimize risk and promote safety. In our email exchange, I reminded him that after the BLM issued the special recreation permit to Triumvirate, he informed me that Triumvirate would receive notice from the BLM of, and be involved in, permitting any additional helicopter skiing operations in the Tordrillo and Neacola Mountains. Mr. Kowalczyk responded on February 24, 2015, "I see where you're coming from and I agree."

28. Stephanie Kuhns replaced Jeff Kowalczyk as BLM Outdoor Recreation Planner and permit administrator of the Triumvirate permit. Ms. Kuhns emailed me on July 29, 2016 to

introduce herself and say that she had reviewed the emails I sent "with your concerns regarding permits in the Neacola Mtns."

29.     In February 2017, the BLM issued a special recreation permit to Silverton Mountain Guides for helicopter skiing in the Tordrillo and Neacola Mountains on the same terrain permitted to Triumvirate.  The BLM did not provide any public notice or an opportunity to comment.  The BLM did not provide any notice to Triumvirate.  The BLM did not give any opportunity to Triumvirate to comment on the Silverton application—for instance, to raise safety concerns.  Triumvirate learned that Silverton Mountain Guides was permitted to operate within the same terrain as Triumvirate in 2017 when it encountered Silverton Mountain Guides flying.  I called Ms. Kuhns on the telephone in 2017 and expressed the opposition of Triumvirate and the Lodge to stacking additional helicopter ski operators on the same terrain.  I explained that it creates safety hazards, unnecessarily increases risk, and degrades the recreation resource.  I complained that the BLM had not made any effort to contact Triumvirate before it issued the permit.

30.     In December 2017, I heard a rumor that the BLM had issued a commercial helicopter skiing permit to Alaska Snowboard Guides for the Tordrillo and Neacola Mountains. I contacted Ms. Kuhns with the BLM and inquired whether BLM had issued or was planning to issue a third commercial helicopter skiing permit.  Ms. Kuhns informed me that there was a third applicant who wishes to operate there but she did not identify who it was.  I replied that Triumvirate was opposed to the issuance of an additional helicopter ski permit the area where it operates.  I explained, "there is a long history of problems associated with shared areas on federal lands with helicopter skiing.  This is why I was so concerned that the BLM had permitted Silverton without any input from the current Permittee."

10

31. A few days later I saw a media story that reported that Alaska Snowboard Guides would be helicopter skiing in the Tordrillo and Neacola Mountains. I asked Ms. Kuhns in a December 22, 2017 email to let me know as soon as possible if that was true because "we have industry conflicts that need to be addressed." I expressed concern that the BLM was issuing another permit without any public input or notice to Triumvirate. Ms. Kuhns responded the same day that "ASG has not yet received their permit, but the Anchorage Field Office has decided to permit them."

32. I asked the BLM for a copy of the decision to issue the permit to Alaska Snowboard Guides. The BLM did not provide it to me until February 14, 2018. The decision is dated January 29, 2018, although Ms. Kuhns stated on December 22, 2017 that "the Anchorage Field Office has decided to permit them."

33. Later, on February 27, 2018, the BLM informed Triumvirate's counsel that the permit issued to Alaska Snowboard Guides is in effect as of February 1, 2018.

34. The BLM did not provide any public notice or an opportunity to comment before it issued the permit to Alaska Snowboard Guides. The BLM did not provide any prior notice to Triumvirate that the agency was considering issuing a helicopter skiing permit to another operator for the same terrain that the BLM permitted to Triumvirate in 2014. Triumvirate learned of the permit issued to Silverton Mountain Guides and the permit issued to Alaska Snowboard Guides from third party sources, not the BLM. In both instances, I contacted the BLM and asked; the BLM never initiated contact to provide notice.

35. The BLM never provided Triumvirate with any meaningful opportunity to comment about the safety risks and other issues created by stacking a third operator (Alaska Snowboard Guides) on top of Triumvirate. If given the opportunity to comment before the BLM

11

made a decision on the Alaska Snowboard Guides permit application, Triumvirate would have prepared detailed written comments about the safety hazards, risks, and unaddressed problems of permitting additional operators to fly and ski in the same terrain as the existing operator. Triumvirate would have suggested alternatives, for instance a designated operating area for Alaska Snowboard Guides to avoid operational conflicts and promote safety, or other means of separating operators.

36. The BLM's decision makes no effort to address the new safety hazards and risks that it created that did not exist when Triumvirate was the only operator. Nor did the BLM make any effort to address the new safety hazards and risks that it created when it permitted an additional operator (Silverton) to fly in the same terrain. Now the BLM has authorized a third operator without efforts to identify and mitigate the substantial operational risks of stacking operators on the same terrain.

37. The BLM's decision makes no effort to consider the environmental impacts of authorizing a third operator to fly and ski in the same terrain as Triumvirate. The BLM did not evaluate, for example, the adverse impacts to wild sheep and other wildlife of increasing the number of helicopter flights and noise about the baseline, or the environmental effects of authorizing additional helicopters and skiers in the wild terrain of the Neacola and Tordrillo Mountains.

38. The BLM's decision to issue the special recreation permit to Alaska Snowboard Guides injures and materially damages Triumvirate in the following ways:

    a. It significantly increases the risks and hazards under which Triumvirate conducts its helicopter skiing operation. The decision stacks a third operator (Alaska Snowboard Guides) on top of two existing ones (Triumvirate and Silverton) in the same

terrain. Permitting multiple helicopter skiing operators to use the same terrain creates operational conflicts, safety hazards, and increases risks that do not exist when fewer operators may use that terrain.

b. It increases the risks, and safety and hazard challenges of its helicopter skiing operations. Rather than factor in one other operator that flies on rare occasions with a single helicopter – Silverton – Triumvirate's heli-ski guides and pilots now are faced with the wild card factor of a third operator (Alaska Snowboard Guides) who plans to fly several helicopters in the Neacola and Tordrillo Mountains, creating risks, hazards, and challenges that Triumvirate did not face before the BLM issued the decision.

c. It requires Triumvirate to avoid terrain that it previously accessed because it introduces a third operator into the same area. The decision increases the risk of a potentially catastrophic accident between two helicopters from different operators.

d. It allows more skiers and more helicopters in the same terrain, thereby creating competition for the prime skiing locations.

e. The decision injures Triumvirate because it authorizes more skiers and more helicopters to access the same terrain, thereby creating competition for the prime skiing locations. It also increases the risk of avalanches and loss of life.

f. A significant degradation of the powder skiing recreation resource will occur. The BLM decision allocates terrain that was viable for one or possibly two operators – Triumvirate and Silverton – among three operators. Untracked snow is unlike other outdoor pursuits that the BLM issues permits for permittees like Triumvirate to guide guests on public lands. A river can be floated hundreds of times and not change in character. A trail can be biked hundreds of times and still appear largely the same. A

powder run can be skied once every time it snows. These storms can come once a week or even longer between storms. Powder snow is a finite resource that cannot be skied over and over and expect our guests to enjoy. The more the skiing is reduced, the more risk Triumvirate is forced to bear in order to find other runs to ski that are less familiar and pose greater risks. This breaks a covenant with our clients, who come from all over the world to recreate on the untracked powder runs we offer. This will likely result in a reduction in business viability.

   g.  Triumvirate is harmed because the terrain it is authorized to use under its current permit will be more heavily used during times of high pressure. It is far more likely as a result of the BLM decision to issue the third permit that Triumvirate will spend considerable fuel and expense flying to a location only to find tracked conditions and other groups of people.

   h.  The decision injures Triumvirate because the BLM never gave Triumvirate notice that it was considering the Alaska Snowboard Guides permit. Triumvirate learned about the Alaska Snowboard Guides permit from other sources. This failure to notify the primary and obvious stakeholder means that the BLM did not provide Triumvirate with any meaningful opportunity to comment about safety hazards and other consequences of the Alaska Snowboard Guides permit before the agency made the decision to issue the permit.

   i.  The decision injures Triumvirate because the BLM did not respond to or address the concerns about safety, public hazards, user conflicts, impacts on the recreational resource, and impacts to the environment that Triumvirate identified when I contacted the BLM about the Alaska Snowboard Guides permit.

14
*Triumvirate, LLC v. Zinke*, No. 3:18-cv-00091-HRH
Case 3:18-cv-00091-HRH   Document 36   Filed 04/09/18   Page 14 of 18

j. The decision injures Triumvirate's operational, business, and economic interests in marketing a premium helicopter skiing experience to guests by increasing the number of third parties and helicopters that access the same terrain.

39. The injuries identified above are caused by the January 29, 2018 BLM decision to issue the permit to Alaska Snowboard Guides on top of two previous permits. Those injuries would be redressed if this Court vacates that same decision.

40. Triumvirate commenced its commercial helicopter flights for the 2018 season on February 15, 2018. Triumvirate works diligently every day to manage its helicopter skiing operations to be as safe and hazard-free as possible for its guests and staff. The introduction of a third operator with more helicopters seeking access to the same limited terrain adversely affects and changes the baseline safety conditions under which Triumvirate operates.

41. In my professional judgment, it is not safe to operate in close proximity to other operators, helicopters, or guided groups. The BLM decision to authorize Alaska Snowboard Guides to fly and ski in the same terrain as Triumvirate increases the risks of loss of life and catastrophic accidents. Triumvirate is immediately harmed today because the BLM is forcing Triumvirate to lower its safety standards to use the same terrain during the 2018 operating season, and presumably future operating seasons.

42. Finally, BLM has harmed Triumvirate by casually compromising its partnership in recreational opportunity as outlined by the BLM Recreation and Visitor Services Advisory Board. BLM has failed to follow the guidelines laid out in its Vision and Strategic Focus statements regarding the level of involvement required in recreation partnerships with other stakeholders. The damage to this relationship, if not addressed, could lead to long-term loss of

faith in that relationship and compromise the ability of Triumvirate to continue investing and developing recreational opportunity in a demanding and new location.

43. To my knowledge, as of the date of this declaration, Alaska Snowboard Guides has not commenced flying and skiing under the permit authorized in the January 29, 2018 BLM decision, but intends to commence doing so imminently.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 14, 2018 in Anchorage, Alaska.

_____
Michael Overcast
General Manager
TRIUMVIRATE LLC, d/b/a TORDRILLO
MOUNTAIN LODGE

## CERTIFICATE OF SERVICE

   I hereby certify that on this 9th day of April, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send notification of such filing to the following:


**Shawn Derek Shugert**
U.S. Department of Justice
Environment & Natural Resources Division
601 D Street N.W. Room 3036
Washington, DC 20004
202-305-0169
Fax: 202-305-0506
Email:shawn.shugert@usdoj.gov

**Tyler McVeigh Alexander**
U.S. Department of Justice
Environment & Natural Resource Division
601 D Street N.W.
Washington, DC 20004
202-305-0238
Fax: 202-305-0506
Email: tyler.alexander@usdoj.gov


                *s/ Meghan M. Campbell*