IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

TRIUMVERATE, LLC, )
)
                    Plaintiff, )
)
vs. )
)
RYAN ZINKE, et al., )
) No. 3:18-cv-0091-HRH
                  Defendants. )
_____)

SCHEDULING ORDER

Administrative Agency Appeal

This is a suit for review of agency action by defendants. This court has jurisdiction to review agency actions pursuant to the Administrative Procedure Act, 5 U.S.C. §§ 702, 706. This case will be managed as an administrative appeal pursuant to Local Civil Rule 16.3, except as otherwise specifically provided in this scheduling order.

The court has received and considered the parties' joint, proposed schedule for this case.[1]

    (1)    If plaintiff's motion to amend complaint[2] is granted, defendants may defer responding to plaintiff's complaint until the later of:

    (a)    21 days following the filing of plaintiff's amended complaint, or

---

[1]Docket No. 47.

[2]Docket No. 46.

Scheduling Order – Administrative Agency Appeal         - 1 -

(b) 21 days following the court's ruling on a renewed motion to dismiss, if any, based upon plaintiff's amended complaint.

(c) If plaintiff's motion to amend complaint is granted, defendants shall notify plaintiff, on or before 14 days following the filing of plaintiff's amended complaint, whether defendants intend to file a renewed motion to dismiss. Any renewed motion to dismiss shall be served and filed on or before 21 days following the filing of plaintiff's amended complaint.

(d) If plaintiff's motion to amend complaint is denied, defendants' answer is due 14 days following the court's order denying the motion to amend.

(2) Further proceedings on plaintiff's motion to amend complaint[3] shall be as follows:

(a) defendants' response was served and filed on May 23, 2018; and

(b) plaintiff's reply shall be served and filed on or before May 30, 2018.

If oral argument is requested concerning the motion to amend, a hearing will be scheduled only if the court deems that oral argument will be useful.

(3) Defendants shall compile a complete administrative record of the proceedings which are subject to review pursuant to plaintiff's complaint as formulated after any motion to dismiss has been decided.[4] Defendants shall serve a preliminary copy of the administrative record upon plaintiff on or before 30 days following the filing of

---

[3]Docket No. 46.

[4]The administrative record shall be assembled in chronological order and indexed. The record should be legible and free of duplication.

defendants' answer to plaintiff's complaint. Plaintiff shall promptly review the proposed administrative record and, within 14 days following receipt of the proposed administrative record, plaintiff shall, in consultation with defendants, determine whether or not any supplementation of the record is necessary. If, after conferring in good faith, the parties reach an agreement as to the composition of the administrative record, defendants shall certify the agreed administrative record and cause it to be served and filed with the court as provided below. If the parties cannot agree regarding supplementation of the record, within 21 days following receipt of the proposed administrative record, they shall execute and file with the court a joint statement of their disagreement(s), with specific references to the nature of the materials that are in dispute. This statement shall not be greater than four pages in length and shall not be encumbered by the documents in dispute. The court will convene a conference with respect to finalization of the administrative record if deemed necessary.

The certified administrative record shall be filed electronically as a CM/ECF document. A hard copy of the CM/ECF document shall be printed by defendants and delivered to chambers for the use of the presiding judge.

(4) Plaintiff's opening brief, of not over 30 pages, shall be served and filed on or before 30 days after the filing of the certified administrative record.[5]

(5) Defendants' responding brief of not more than 30 pages shall be served and filed on or before 30 days after the filing of plaintiff's opening brief.[6]

---

[5] In referring to the administrative record, briefs shall employ CM/ECF page numbers.

[6] See n.5, supra.

(6) Plaintiff's reply brief of not more than 15 pages shall be served and filed on or before 14 days after the filing of defendants' responding brief.

(7) When the foregoing briefing has been completed and after the court has had an opportunity to review the briefs and administrative record, oral argument will be scheduled.

(8) An extension of time greater than 14 days may be granted by the court only for good cause shown. See Local Civil Rule 16.3(d).

DATED at Anchorage, Alaska, this 24th day of May, 2018.

/s/ H. Russel Holland
United States District Judge