LEWIS, BESS, WILLIAMS & WEESE, P.C.
Ezekiel J. Williams
Carlos R. Romo
John H. Bernetich
1801 California St., Suite 3400
Denver, CO 80202
p: 303-228-2529
f: 303-861-4017
zwilliams@lewisbess.com
cromo@lewisbess.com
jbernetich@lewisbess.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRIUMVIRATE, LLC, )<br>d/b/a TORDRILLO MOUNTAIN )<br>LODGE, MICHAEL OVERCAST, )<br>and STEVEN HALL, )<br>　　　　　　　　　　　　　)<br>　　　Plaintiffs, )<br>　　　　　　　　　　　　　)<br>　　　v. )<br>　　　　　　　　　　　　　)<br>RYAN ZINKE, in his capacity as )<br>Secretary of the Interior, U.S. )<br>DEPARTMENT OF THE INTERIOR, )<br>U.S. BUREAU OF LAND )<br>MANAGEMENT, an agency )<br>of the U.S. Department of the )<br>Interior, and BRIAN STEED, Deputy )<br>Director, U.S. Bureau of Land )<br>Management, exercising authority of )<br>the Director, )<br>　　　　　　　　　　　　　)<br>　　　Defendants. )<br>＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿) | Case No. 3:18-CV-0091-HRH |

## PLAINTIFFS' MOTION TO TAKE JUDICIAL NOTICE
## (LOCAL CIV. R. 7.1(D))

Pursuant to Local Civil Rule 7.1(d), Plaintiffs hereby request that the Court take judicial notice of four online newspaper articles regarding midair collisions involving aircraft in Alaska. Federal Defendants oppose this Motion.

Plaintiffs request that the Court take judicial notice of those newspaper articles attached hereto as Exhibits 1 through 4 and referenced in Plaintiffs' Motion for Summary Judgment and Brief in Support, filed with this Court today. Those articles are:

1. *NTSB: Pilot was avoiding different plane before mid-air collision that turned deadly*, KTUU.com (June 21, 2018), https://www.ktuu.com/content/news/Pilot-involved-in-mid-air-collision-was-avoiding-a-different-plane-before-collision-that-turned-deadly-486211621.html (attached hereto as Exhibit 1)

2. *Troopers: 'No survivors' in midair collision near Russian Mission*, Anchorage Daily News (Aug. 31, 2016), https://www.adn.com/alaska-news/aviation/2016/08/31/2-planes-collide-in-midair-north-of-bethel-no-word-on-survivors/ (attached hereto as Exhibit 2)

3. *NTSB: Witnesses described Mat-Su midair collision as being high above ground*, Anchorage Daily News (Feb. 2, 2015), https://www.adn.com/aviation/article/ntsb-witnesses-described-mid-air-collision-1000-feet/2015/02/03/ (attached hereto as Exhibit 3)

4. *NTSB: Pilots in Talkeetna midair crash were on same radio frequency*, Anchorage Daily News (June 7, 2015), https://www.adn.com/aviation/article/ntsb-report-pilots-talkeetna-mid-air-crash-were-same-radio-frequency/2015/06/08/ (attached hereto as Exhibit 4)

Plaintiffs respectfully assert that judicial notice of these materials is appropriate because they bear directly on an important question in this matter: whether multiple aircraft flying in the same airspace in Alaska involves a risk of midair collision. This question is central to Plaintiffs' claims, based on the National Environmental Policy Act, Federal Land Policy and Management Act, and Administrative Procedure Act, that the Bureau of Land Management did not adequately consider the public safety risks of authorizing an additional helicopter skiing operator in the same area where Plaintiff Triumvirate, LLC operates.

## **RELIEF REQUESTED**

Plaintiffs respectfully request that the Court take judicial notice of the four online newspaper articles attached hereto as Exhibits 1 through 4 and referenced in Plaintiffs' Motion for Summary Judgment and Brief in Support, filed with this Court today.

        Respectfully submitted,

        s/ Ezekiel J. Williams
        Ezekiel J. Williams
        Carlos R. Romo
        John H. Bernetich
        LEWIS, BESS, WILLIAMS & WEESE, P.C.
        1801 California St., Suite 3400
        Denver, CO 80202
        Telephone: 303-228-2529
        Facsimile: 303-861-4017
        zwilliams@lewisbess.com
        cromo@lewisbess.com
        jbernetich@lewisbess.com

        *Attorneys for Plaintiffs*

Dated this 19th day of September, 2018.

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of September, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send notification of such filing to the following:

**Shawn Derek Shugert**
U.S. Departmnett of Justice, Environment & Natural Resources Division
601 D Street N.W. Room 3036
Washington, DC 20004
202-305-0169
Fax: 202-305-0506
Email: shawn.shugert@usdoj.gov

**Tyler McVeigh Alexander**
U.S. Department of Justice, Environmental & Natural Resources Division
601 D Street NW
Washington, DC 20044
202-305-0238
Fax: 202-305-0506
Email: tyler.alexander@usdoj.gov

<em>s/ Meghan Campbell</em>