LEWIS, BESS, WILLIAMS & WEESE, P.C.
Ezekiel J. Williams
Carlos R. Romo
John H. Bernetich
1801 California St., Suite 3400
Denver, CO 80202
p: 303-228-2529
f: 303-861-4017
zwilliams@lewisbess.com
cromo@lewisbess.com
jbernetich@lewisbess.com

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| TRIUMVIRATE, LLC, *et al.* )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DAVID BERNHARDT, *et al.*, )<br>)<br>Defendants. )<br>)<br>_____) | Case No. 3:18-CV-0091-HRH |

**PLAINTIFFS' MOTION TO TAKE JUDICIAL NOTICE
(LOCAL CIV. R. 7.3(D))**

Pursuant to Local Civil Rule 7.3(d), Plaintiffs request that the Court take judicial notice of two online articles about a January 25, 2019 helicopter skiing midair collision in Italy resulting in the deaths of seven people, including one helicopter skiing pilot, one helicopter skiing guide, and four helicopter skiers. Federal Defendants oppose this Motion.

1

The parties have filed cross-motions for summary judgment in this matter. ECF Nos. 58, 65, 66. On September 19, 2018, Plaintiffs moved for judicial notice of four online newspaper articles relating to mid-air aircraft collisions in Alaska. ECF No. 59. Oral argument is scheduled is scheduled on these motions for February 14, 2019. ECF No. 75. Pursuant to Local Civil Rule 7.2(b)(1), Defendants must file any response to this Motion by February 13, 2019, prior to oral argument. Plaintiffs do not intend to file a reply brief, so that briefing of this Motion will be complete before oral argument.

## ARGUMENT

Plaintiffs request that the Court take judicial notice of those newspaper articles attached hereto as Exhibits 1 and 2. Those articles are:

1. *7 killed as helicopter and light aircraft crash over Italian Alps*, CNN.com (Jan. 26, 2019), https://www.cnn.com/2019/01/26/europe/italy-plane-helicopter-crash-intl/index.html (attached hereto as Exhibit 1)

2. *Flight Instructor Investigated in Italy Air Crash; 7 Dead*, Associated Press (Jan. 26, 2019), https://www.ntd.com/flight-instructor-investigated-in-italy-air-crash-7-dead_281524.html (attached hereto as Exhibit 2)

Plaintiffs respectfully assert that judicial notice of these materials is appropriate because they bear directly on an important question in this matter: whether multiple aircraft flying in the same airspace while heli-skiing involves a risk of midair collision. This question is central to Plaintiffs' claims, based on the National Environmental Policy Act, Federal Land Policy and Management Act, and Administrative Procedure Act, that the Bureau of Land Management did not adequately consider the hazards of authorizing

an additional helicopter skiing operator in the same area where Plaintiff Triumvirate, LLC operates.

Courts routinely take judicial notice of "legislative facts" such as these.[1]  *See Castillo-Villagra v. I.N.S.*, 972 F.2d 1017, 1026 (9th Cir. 1992) ("notice of legislative facts may properly be taken more liberally than notice of adjudicative facts").  In numerous Administrative Procedure Act record-review cases, courts have taken judicial notice of facts not within the administrative record, or noted that courts may properly do so.  *E.g.*, *Alliance for the Wild Rockies v. Savage*, 897 F.3d 1025, 1032 n.11 (9th Cir. 2018) (taking judicial notice of Forest Service letter); *Japanese Village, LLC v. Federal Transit Admin.*, 843 F.3d 445, 454 (9th Cir. 2016) (noting that "judicial notice [of webpages] might ordinarily be appropriate" but declining to grant request for judicial notice because materials were already in the appellate record); *City of Las Vegas v. F.A.A.*, 570 F.3d 1109, 1113 n.1 (9th Cir. 2009) (granting motion for judicial notice of fact that a waiver was approved on a date certain); *Tin Cup, LLC v. U.S. Army Corps of Engineers*, No. 4:16-cv-16-TMB, 2017 WL 6550635, at *9 (D. Ak. Sep. 26, 2017) (granting plaintiff's motion for judicial notice of government documents); *Ninilchik Traditional Council v. Towarak*, No. 3:15-cv-205-JWS, 2016 WL 1559122, at *1 (D. Ak. Apr. 17, 2016) (same); *Alaska Wilderness League v. Jewell*, 116 F. Supp. 3d 958, 971

---

[1] "Legislative facts are established truths, facts or pronouncements that do not change from case to case but apply universally, while adjudicative facts are those developed in a particular case."  Pierce, ADMINISTRATIVE LAW TREATISE § 10.6, at 747 (4th ed.) (quoting *United States v. Gould*, 536 F.2d 216, 219 (8th Cir. 1976)).  Adjudicative facts "are limited to facts concerning the immediate parties."  *Id.* at 749.  *See* ECF No. 62 at 3-4 (discussing distinction between legislative and adjudicative facts).

3

n.98 (D. Ak. 2015) (same), judgment vacated as moot by 637 Fed. App'x 976; *Alaska Wilderness League v. Jewell*, No. 3:15-cv-67-SLG, 2015 WL 12516787, at *3 n.21 (D. Ak. July 23, 2015) (granting motion for judicial notice of commercial website regarding real time locations of ships).

The articles attached as Exhibits 1 and 2 bear directly on a central issue in this litigation—whether Defendants are required to consider the risks of midair aircraft collisions during heli-skiing activities, or whether (as Defendants assert) that risk is too "remote" and "speculative" to merit discussion. ECF No. 65 at 7, 22.

## **RELIEF REQUESTED**

Plaintiffs respectfully request that the Court take judicial notice of the two online articles attached hereto as Exhibits 1 and 2.

    Respectfully submitted,

    s/ Ezekiel J. Williams
    Ezekiel J. Williams
    Carlos R. Romo
    John H. Bernetich
    LEWIS, BESS, WILLIAMS & WEESE, P.C.
    1801 California St., Suite 3400
    Denver, CO 80202
    Telephone: 303-228-2529
    Facsimile: 303-861-4017
    zwilliams@lewisbess.com
    cromo@lewisbess.com
    jbernetich@lewisbess.com

    *Attorneys for Plaintiffs*

Dated this 30th day of January 2019.

# CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of January, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send notification of such filing to the following:

**Shawn Derek Shugert**
U.S. Department of Justice, Environment & Natural Resources Division
601 D Street N.W. Room 3036
Washington, DC 20004
202-305-0169
Fax: 202-305-0506
Email: shawn.shugert@usdoj.gov

**Tyler McVeigh Alexander**
U.S. Department of Justice, Environmental & Natural Resources Division
601 D Street NW
Washington, DC 20044
202-305-0238
Fax: 202-305-0506
Email: tyler.alexander@usdoj.gov

*s/ Kristin Mitchell*