# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | |
|---|---|
| TRIUMVIRATE, LLC, et al. <br> *Plaintiff* <br> v. <br> RYAN ZINKE, et al. <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 3:18-cv-00091-HRH <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other:  This matter is remanded to Bureau of Land Management for further proceedings consistant with the order at docket 79.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge  H. Russel Holland  on a motion for  summary judgment  at docket 58.

APPROVED:

**s/H. Russel Holland**
H. Russel Holland
United States District Judge

Date: February 26, 2019

**Lesley K. Allen**
Lesley K. Allen
Clerk of Court

Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.