JEAN E. WILLIAMS
United States Department of Justice
Deputy Assistant Attorney General
Environment & Natural Resources Division

TYLER M. ALEXANDER (CA Bar No. 313188)
Natural Resources Section
Trial Attorney
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 305-0238
Fax: (202) 305-0506
tyler.alexander@usdoj.gov

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRIUMVIRATE, LLC, *et al.*, | No. 3:18-cv-91-HRH |
| Plaintiffs, | **NOTICE OF SETTLEMENT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS (ECF No. 85)** |
| v. | |
| DAVID BERNHARDT, *et al.*, | |
| Defendants. | Hon. H. Russel Holland |

Defendants hereby notice the Court of the attached settlement of Plaintiffs' motion for attorneys' fees and costs, which entirely resolves Plaintiffs' motion.

Respectfully submitted this 29th day of November, 2019,

                                              JEAN E. WILLIAMS
                                              United States Department of Justice
                                              Deputy Assistant Attorney General
                                              Environment & Natural Resources Division

                                              /s/ *Tyler M. Alexander*
                                              TYLER M. ALEXANDER (CA Bar No. 313188)
                                              Natural Resources Section
                                              Trial Attorney

P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 305-0238
Fax: (202) 305-0506
tyler.alexander@usdoj.gov

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I certify that on November 29, 2019, I filed the foregoing document electronically through the Court's CM/ECF system, which caused all parties or counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

/s/ *Tyler M. Alexander*
Tyler M. Alexander
Attorney for Defendants